## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| THERESA HOFFMAN | * | CIVIL ACTION NO. 18-2803 |
|---|---|---|
| VERSUS | * | JUDGE JAY C. ZAINEY |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | * | MAGISTRATE JUDGE MICHAEL B. NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the above and foregoing Joint Motion:

**IT IS HEREBY ORDERED** that all claims in the captioned matter be and they are hereby dismissed, with prejudice.

New Orleans, Louisiana this 19th day of February, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE